IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Garbutt, Tosheta D | Case Number: 05 B 35346 |
|---|---|---|
| | | Judge: Hollis, Pamela S |
| | Printed: 6/10/08 | Filed: 9/2/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: February 1, 2008
Confirmed: December 5, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 52,351.38 | |
| Secured: | | 17,257.05 |
| Unsecured: | | 20,336.05 |
| Priority: | | 10,153.74 |
| Administrative: | | 1,700.00 |
| Trustee Fee: | | 2,792.37 |
| Other Funds: | | 112.17 |
| Totals: | 52,351.38 | 52,351.38 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 1,700.00 | 1,700.00 |
| 2. | CitiFinancial Mortgage | Secured | 39,478.93 | 13,832.08 |
| 3. | Monterey Financial Services | Secured | 108.06 | 108.06 |
| 4. | City Of Chicago | Secured | 3,316.91 | 3,316.91 |
| 5. | Internal Revenue Service | Priority | 10,153.74 | 10,153.74 |
| 6. | Comcast Cablevision | Unsecured | 238.05 | 881.68 |
| 7. | Resurgent Capital Services | Unsecured | 100.10 | 370.75 |
| 8. | CB USA | Unsecured | 102.12 | 378.21 |
| 9. | City Of Chicago | Unsecured | 183.34 | 679.03 |
| 10. | Jewel Food Stores | Unsecured | 135.00 | 500.00 |
| 11. | TCF Bank | Unsecured | 120.31 | 445.59 |
| 12. | Internal Revenue Service | Unsecured | 1,479.76 | 5,480.61 |
| 13. | Rue Educational Publishers | Unsecured | 850.50 | 3,150.00 |
| 14. | Nuvell Financial Services | Unsecured | 2,046.11 | 7,578.18 |
| 15. | Monterey Financial Services | Unsecured | 57.24 | 212.00 |
| 16. | Peoples Energy Corp | Unsecured | 33.79 | 0.00 |
| 17. | City Of Chicago Dept Of Revenue | Unsecured | 178.20 | 660.00 |
| 18. | Illinois Dept of Revenue | Priority | | No Claim Filed |
| 19. | Allied Data Corp | Unsecured | | No Claim Filed |
| 20. | ACC International | Unsecured | | No Claim Filed |
| 21. | Anderson Financial Network | Unsecured | | No Claim Filed |
| 22. | First National Bank | Unsecured | | No Claim Filed |
| 23. | CCC | Unsecured | | No Claim Filed |
| 24. | Dymacol Inc | Unsecured | | No Claim Filed |
| 25. | Dymacol Inc | Unsecured | | No Claim Filed |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Garbutt, Tosheta D | Case Number: 05 B 35346 |
|---|---|
| | Judge: Hollis, Pamela S |
| Printed: 6/10/08 | Filed: 9/2/05 |

| | | | |
|---|---|---|---|
| 26. Gregory Emergency Physicians | Unsecured | | No Claim Filed |
| 27. Evergreen Emergency Service | Unsecured | | No Claim Filed |
| 28. Instant Cash Advance | Unsecured | | No Claim Filed |
| 29. Dun & Bradstreet | Unsecured | | No Claim Filed |
| 30. Little Company Of Mary Hospital | Unsecured | | No Claim Filed |
| 31. North Shore Agency Inc | Unsecured | | No Claim Filed |
| 32. Commonwealth Edison | Unsecured | | No Claim Filed |
| 33. Rogers & Hollands Jewelers | Unsecured | | No Claim Filed |
| 34. Seventh Avenue | Unsecured | | No Claim Filed |
| 35. St Francis Hospital | Unsecured | | No Claim Filed |
| 36. National Check Control | Unsecured | | No Claim Filed |
| 37. Shell Credit Card | Unsecured | | No Claim Filed |
| 38. TCF Bank | Unsecured | | No Claim Filed |
| 39. US Cellular | Unsecured | | No Claim Filed |
| 40. Sprint PCS | Unsecured | | No Claim Filed |
| 41. Wal Mart Stores | Unsecured | | No Claim Filed |
| | | _____ | _____ |
| | | $ 60,282.16 | $ 49,446.84 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 566.18 |
| 5% | 132.66 |
| 4.8% | 225.83 |
| 5.4% | 1,867.70 |
| | _____ |
| | $ 2,792.37 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____